# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/1/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/1/2015 10:53:38 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:     1ST COURT OF APPEALS

From:    **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**   2015-00325

**VOLUME** _____ **PAGE** _____   **OR**   **IMAGE #** 64435613

**DUE** 4/27/2015         **ATTORNEY** 24033317

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 2/27/2015

**REQUEST FOR FINDINGS OF FACT FILED** N/A

**REQUEST TRANSCRIPT DATE FILED** NA

**NOTICE OF APPEAL DATE FILED** 3/26/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED:  YES** ☐ **NO** ☒  **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By:  /s/MICHELLE LOPEZ
        **MICHELLE LOPEZ, Deputy**

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

No.2015-00325

| RONALD WILLIAMS | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| METROPOLITAN TRANSIT AUTHORITY | § | |
| | § | |
| *Defendant.* | § | 215th JUDICIAL DISTRICT |

## PLAINTIFF'S NOTICE OF APPEAL

COMES NOW, Plaintiff, Ronald Williams, file this notice of appeal on behalf of Plaintiff and in accordance with Texas Rule of Appellate Procedure 25.1, and state the following:

1.      This is an appeal from a final plea to the jurisdiction judgment granted in Cause No. 2015-00325. (Plaintiff) Ronald Williams v. Metropolitan Transit Authority, in the 215th Judicial District of Harris County, Texas.

2.      Plaintiff appeals from the trial court's Order granting defendant's plea to jurisdiction on February 27, 2015.

3.      This appeal will be heard either in the First or Fourteenth Court of Appeals.

Respectfully submitted,

THE LAW OFFICE OF TODD E. WEBB

By:  /s/ Todd E. Webb

State Bar No. 24033317
3730 Kirby Suite 1200
Houston, Texas 77098

1

Telephone: 713-834-1147
Facsimile: 713-831-6899

ATTORNEY FOR PLAINTIFF


CERTIFICATE OF SERVICE

I certify that on March 26, 2015 I served a true and correct copy of the foregoing

document on Defendant listed below by E-file:

Metropolitan Transit Authority of Harris County, Texas
1900 Main Street, 3rd Floor
Houston, Texas 77002
713.739.4699 fax
713.652.7951 telephone
hao.le@ridemetro.org


/s/ Todd E. Webb
_____
Todd E. Webb

# EXHIBIT A

## Local Rule Notice of and Assignment of Related Case in Appeals
[sample; file as part of notice of appeal]

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☑ None

☐ Caption: _____

Trial court
case number: _____

Appellate court
case number: _____


_____
[Signature of certifying attorney or pro se party]


_____3.26.15_____
[Date]


**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."

2/23/2015 3:45:13 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4251156
By: GAYLE FULLER
Filed: 2/23/2015 3:45:13 PM

CAUSE NO. 2015-00325

| | | |
|---|---|---|
| RONALD WILLIAMS,<br>*Plaintiff* | § § § | IN THE DISTRICT COURT OF |
| v. | § § § | 215th JUDICIAL DISTRICT |
| METROPOLITAN TRANSIT<br>AUTHORITY OF HARRIS COUNTY,<br>TEXAS<br>*Defendant.* | § § § § | HARRIS COUNTY, T E X A S |

## ORDER ON PLEA TO JURISDICTION

On __February 27__, 2015, came to be heard Defendant, METROPOLITAN

TRANSIT AUTHORITY's Plea to the Jurisdiction. After reviewing the pleadings and hearing

argument of counsel, the Court is of the opinion that said Motion shall be GRANTED.

Plaintiff's claims under the Texas Whistleblower Act, defamation, and intentional infliction of

emotional distress against Defendant are hereby dismissed with prejudice for lack of

jurisdiction.

SIGNED on __27TH__ day of __February__, 2015.

_____
Judge Presiding

Approved as to Form:

__Hao Le /s/__
Hao Le
Texas State Bar No. 00796937
P. O. Box 61429
Houston, Texas 77208-1429
(713) 652-7951
Attorney for METRO

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 01, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____ -  INT
                       GENERAL PARTY INQUIRY           PAGE:   1 -    1

CASE NUM: 201500325__ PJN> __  TRANS NUM: _____ CURRENT COURT: 215 PUB? _
CASE TYPE: TERMINATION                  CASE STATUS: DISPOSED (FINAL)
STYLE: WILLIAMS, RONALD              VS METROPOLITAN TRANSIT AUTHORITY
=============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME               PTY   ASSOC. ATTY
  NUM   NUMBER                                           STAT
_     00004-0001 DEF 00796937 METROPOLITAN TRANSIT AUTHORITY    LE, HAO PHAM
_     00003-0001 AGT          METROPOLITAN TRANSIT AUTHORITY
_     00002-0001 DEF          METROPOLITAN TRANSIT AUTHORITY
_     00001-0001 PLT 24033317 WILLIAMS, RONALD                  WEBB, TODD ED



==> (4) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```